**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.  3:19-CV-095-DCK**

| | | |
|---|---|---|
| **PAMELA WASHINGTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **THE CHARLOTTE-MECKLENBURG** | ) | |
| **HOSPITAL AUTHORITY,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

**IT IS, THEREFORE, ORDERED** that a trial, if necessary, will be held during the civil term beginning **September 14, 2020** at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina.

**SO ORDERED**.

Signed: February 18, 2020

David C. Keesler
United States Magistrate Judge