IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-095-DCK

| | |
|---|---|
| **PAMELA WASHINGTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **THE CHARLOTTE-MECKLENBURG** ) | |
| **HOSPITAL AUTHORITY, d/b/a** ) | |
| **ATRIUM HEALTH f/k/a CAROLINAS** ) | |
| **HEALTHCARE SYSTEM,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sarah Kromer, filed a "Certification Of Mediation Session" (Document No. 40) notifying the Court that the parties reached a settlement on August 25, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **October 13, 2020**.

**SO ORDERED**.

Signed: September 2, 2020

David C. Keesler
United States Magistrate Judge